FILED

NOV 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF: | No CV-08-800168 MISC VRW |
|---|---|
| | ORDER |

Michael John Guglielmino,

  State Bar No 104484
_____/

On August 27, 2008, the court issued an order to show cause (OSC) why Michael John Guglielmino should not be removed from the roll of attorneys authorized to practice law before this court based on administrative enrollment, effective May 27, 2008, as an inactive member of the State Bar for failure to pass the professional responsibility exam. In response to the OSC, Mr Gulielmino provided proof to this court that he has now passed the professional responsibility exam. The State Bar has advised this court that Mr Guglielmino has failed to pay the necessary Bar fees and is still not eligible to practice law in California.

The court now orders Michael John Guglielmino removed from the roll of attorneys authorized to practice before this court until such time as he provides proof that he has been reinstated to active status by the State Bar of California.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

MICHAEL JOHN GUGLIELMINO,

_____/

Case Number: C 08-80168 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael J. Guglielmino, Esq.
P.O. Box 210-107
San Francisco, CA 94121

November 24, 2008

Richard W. Wieking, Clerk

By: *Cora Klein*

Deputy Clerk