FILED

MAY 18 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV 08 80168 MISC VRW |
| Michael John Guglielmino,<br>State Bar No 104484<br>_____/ | ORDER |

On August 27, 2008, the court issued an order to show cause (OSC) why Michael John Guglielmino should not be removed from the roll of attorneys authorized to practice law before this court based on administrative enrollment, effective May 27, 2008, as an inactive member of the State Bar for failure to pass the professional responsibility exam. In response to that OSC, Mr Gulielmino provided proof to this court that he had passed the professional responsibility exam. The State Bar, however, advised this court that Mr Guglielmino had failed to pay the necessary Bar fees and was still not eligible to practice law in California.

On November 24, 2008, this court issued an order removing Mr Guglielmino from the roll of attorneys authorized to practice before this court until such time as he provided proof that he had

been reinstated to active status by the State Bar of California

On April 19, 2010, Mr Guglielmino provided proof that he has been reinstated to active status by the State Bar of California and the California State Bar web site indicates that Mr Guglielmino is on active status as of February 8, 2010, and may practice law in California.

The order removing Mr Guglielmino from eligibility to practice in this court is, therefore, VACATED and he is eligible to practice in this court.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Michael John Guglielmino,

Case Number: C 08-80168 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael John Guglielmino
PO Box 210-107
San Francisco, CA 94121

Dated: May 18, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*